UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RICHARD H. BEDFORD,

    Debtor/Appellant.

No. C 06-4890 PJH

**ORDER DISMISSING DUPLICATIVE BANKRUPTCY APPEAL**

_____/

    Debtor Richard Bedford appeals the bankruptcy court's June 5, 2006 order dismissing his Chapter 11 bankruptcy case, 06-40677 T, by default. The case was assigned to this court on August 18, 2006. Nearly seven months have passed without perfection of the appellate record in violation of Federal Rule of Bankruptcy Procedure ("FRBP") 8006.

    This court's review of the bankruptcy court's docket confirms that Bedford's appeal of the same June 5, 2006 bankruptcy court order was, for reasons unknown to the court, erroneously assigned to two judges on this court. It was first assigned to Judge Alsup in case no. 06-4299 WHA on July 13, 2006. After Bedford failed to appear at a case management conference, Judge Alsup issued an order to show cause on October 27, 2006, and subsequently dismissed the case for failure to prosecute on February 2, 2007.

    Because this case, C 06-4890 PJH, involves an appeal of the very same bankruptcy court order at issue in C 06-4299 WHA, the court dismisses it as duplicative.

**IT IS SO ORDERED.**

Dated: March 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge